# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3736
_____

CHOICE PLUS, LLC,

    Appellant,

v.

DARRYL ELLIS, d/b/a Darryl Ellis
Investigations,

    Appellee.

_____


On appeal from the Circuit Court for Jackson County.
Ana Maria Garcia, Judge.


March 7, 2024

PER CURIAM.

    AFFIRMED.

KELSEY, M.K. THOMAS, and NORDBY, JJ., concur.

_____


***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Michael Farrar, Michael J. Farrar, P.A., Doral, for Appellant.

Douglas D. Tidwell, Pensacola, for Appellee.